GARY M. RESTAINO
United States Attorney
District of Arizona

BRETT A. DAY
Assistant United States Attorney
Arizona State Bar No. 027236
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: brett.day@usdoj.gov
Attorneys for Plaintiff

FILED ✓   LODGED
RECEIVED   COPY

JUL 1 9 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**REDACTED FOR
PUBLIC DISCLOSURE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. | CR-22-00866-PHX-DLR (JZB) |
| Plaintiff, | | **INDICTMENT** |
| vs. | VIO: | 18 U.S.C. § 922(a)(6)<br>(Making a False Statement During a Firearm Purchase)<br>Counts 1-24 |
| Elisandro Cordova, Jr., | | |
| Defendant. | | 18 U.S.C. § 924(a)(1)(A)<br>(Making a False Statement in FFL Records)<br>Counts 25-48 |
| | | 18 U.S.C. §§ 924(d) and 981;<br>21 U.S.C. §§ 853 and 881; and<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegations) |

**THE GRAND JURY CHARGES**:

**<u>COUNTS 1 - 24</u>**

On or about the dates listed below, in the District of Arizona, Defendant ELISANDRO CORDOVA, JR. knowingly made false statements and representations in connection with the acquisition of a firearm to the businesses listed below, which were intended and likely to deceive the businesses as to a fact material to the lawfulness of a sale of a firearm by the business, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions

of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant ELISANDRO CORDOVA, JR. did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, in each of the counts below stating that he was the actual buyer or transferee of the firearm, and was not buying the firearm on behalf of another person, whereas in truth and fact, Defendant ELISANDRO CORDOVA, JR. knew that he was buying the firearm on behalf of another person:

| Count | Date | Business |
|---|---|---|
| 1 | 6/18/2021 | Tombstone Tactical, Phoenix, Arizona |
| 2 | 6/29/2021 | Tactical Studio, Glendale, Arizona |
| 3 | 6/30/2021 | Bear Arms, Scottsdale, Arizona |
| 4 | 6/30/2021 | Sportsman's Warehouse 117, Phoenix, Arizona |
| 5 | 6/30/2021 | Sportsman's Warehouse 252, Avondale, Arizona |
| 6 | 7/1/2021 | Sportsman's Warehouse 252, Avondale, Arizona |
| 7 | 7/2/2021 | Tombstone Tactical, Phoenix, Arizona |
| 8 | 7/2/2021 | Sportsman's Warehouse 139, Mesa, Arizona |
| 9 | 7/13/2021 | Tactical Studio, Glendale, Arizona |
| 10 | 7/13/2021 | Healy, Phoenix, Arizona |
| 11 | 7/19/2021 | Ammo AZ, Phoenix, Arizona |
| 12 | 7/19/2021 | Arizona Firearms and Accessories, Tempe, Arizona |
| 13 | 7/19/2021 | Glockmeister, Mesa, Arizona |
| 14 | 7/19/2021 | Roe Armory, Glendale, Arizona |
| 15 | 7/19/2021 | Bear Arms, Scottsdale, Arizona |
| 16 | 7/19/2021 | Scottsdale Gun Club, Scottsdale, Arizona |
| 17 | 7/21/2021 | Rebels Arms, Tempe, Arizona |
| 18 | 7/21/2021 | Sportsman's Warehouse 117, Phoenix, Arizona |
| 19 | 7/21/2021 | MLS Arms, Phoenix, Arizona |
| 20 | 7/21/2021 | Healy, Phoenix, Arizona |
| 21 | 7/21/2021 | Chandler Tactical Firearms, Chandler, Arizona |
| 22 | 7/21/2021 | 2A Ballistic Solutions, Tempe, Arizona |

| 23 | 7/21/2021 | Glockmeister, Phoenix, Arizona |
| 24 | 7/21/2021 | Sportsman's Warehouse 139, Mesa, Arizona |

In violation of Title 18, United States Code, Section 922(a)(6).

## COUNTS 25 - 48

On or about the dates listed below, in the District of Arizona, Defendant ELISANDRO CORDOVA, JR. knowingly made false statements and representations to the businesses listed below, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant ELISANDRO CORDOVA, JR. did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, in each of the counts below stating he resided at an address on Mitchell Drive in Phoenix, Arizona, whereas in truth and fact, Defendant ELISANDRO CORDOVA, JR. knew that he resided at a different address:

| Count | Date | Business |
|-------|------|----------|
| 25 | 6/18/2021 | Tombstone Tactical, Phoenix, Arizona |
| 26 | 6/29/2021 | Tactical Studio, Glendale, Arizona |
| 27 | 6/30/2021 | Bear Arms, Scottsdale, Arizona |
| 28 | 6/30/2021 | Sportsman's Warehouse 117, Phoenix, Arizona |
| 29 | 6/30/2021 | Sportsman's Warehouse 252, Avondale, Arizona |
| 30 | 7/1/2021 | Sportsman's Warehouse 252, Avondale, Arizona |
| 31 | 7/2/2021 | Tombstone Tactical, Phoenix, Arizona |
| 32 | 7/2/2021 | Sportsman's Warehouse 139, Mesa, Arizona |
| 33 | 7/13/2021 | Tactical Studio, Glendale, Arizona |
| 34 | 7/13/2021 | Healy, Phoenix, Arizona |
| 35 | 7/19/2021 | Ammo AZ, Phoenix, Arizona |
| 36 | 7/19/2021 | Arizona Firearms and Accessories, Tempe, Arizona |
| 37 | 7/19/2021 | Glockmeister, Mesa, Arizona |
| 38 | 7/19/2021 | Roe Armory, Glendale, Arizona |

| 39 | 7/19/2021 | Bear Arms, Scottsdale, Arizona |
| 40 | 7/19/2021 | Scottsdale Gun Club, Scottsdale, Arizona |
| 41 | 7/21/2021 | Rebels Arms, Tempe, Arizona |
| 42 | 7/21/2021 | Sportsman's Warehouse 117, Phoenix, Arizona |
| 43 | 7/21/2021 | MLS Arms, Phoenix, Arizona |
| 44 | 7/21/2021 | Healy, Phoenix, Arizona |
| 45 | 7/21/2021 | Chandler Tactical Firearms, Chandler, Arizona |
| 46 | 7/21/2021 | 2A Ballistic Solutions, Tempe, Arizona |
| 47 | 7/21/2021 | Glockmeister, Phoenix, Arizona |
| 48 | 7/21/2021 | Sportsman's Warehouse 139, Mesa, Arizona |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## FORFEITURE ALLEGATIONS

The Grand Jury realleges and incorporates the allegations of Counts 1 through 48 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, and 28 U.S.C. § 2461(c), and upon conviction of the offense(s) alleged in Counts 1 through 48 of this Indictment, the defendant shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any of the defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense as to which property the defendant is liable.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States to seek forfeiture of any other property of said

- 4 -

defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

All in accordance with 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, 28 U.S.C. § 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

/s/

_____
FOREPERSON OF THE GRAND JURY
Date:  July 19, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona

/s/

_____
BRETT A. DAY
Assistant U.S. Attorney

- 5 -